UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARDO GAMON-SALAS, )<br>)<br>AKA "JOSE GONZALEZ, LEONARDO )<br>GAMON, SALAS GAMON, JESUS )<br>GONZALEZ, CEFRERINO GONZALEZ, )<br>and LEONARDO GUZMAN," )<br>)<br>Defendant. ) | Cause No. 3:18-cr- 24  RLY/MPB |

## **INDICTMENT**

[8 U.S.C. §§ 1326(a) and (b) – Unlawful Re-entry of an Alien Previously Removed or Deported from the United States]

The Grand Jury charges that:

On or about March 28, 2018, in the Southern District of Indiana,

**LEONARDO GAMON-SALAS**,

the defendant, being an alien, after having been arrested and deported from the United States to Mexico, on or about August 30, 2005, on or about August 11, 2015, and on other occasions, was found to be in the United States in Vanderburgh County, Indiana, without the Attorney General

[1]

of the United States or the Secretary of Homeland Security having expressly given consent to the defendant's reapplying for admission to the United States and the August 30, 2005 removal, the August 11, 2015 removal, and the other removals and deportations occurred after the defendant had sustained a felony conviction.

All of which is in violation of Title 8, United States Code, Sections 1326(a) and (b).

A TRUE BILL:

███████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Todd S. Shellenbarger
Assistant United States Attorney